UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0055-JCC |
| Plaintiff, | ORDER |
| v. | |
| IBRAHIM MOHAMMED ABDALA, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue his trial date (Dkt. No. 16) and speedy trial waiver (Dkt. No. 17). In light of the circumstances Defendant presents, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B). The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, Defendant's motion to continue trial (Dkt. No. 16) is GRANTED. Trial in this matter is continued to July 30, 2018 at 9:30 a.m. All pretrial motions must be filed no later than June 15, 2018. The Court further ORDERS that the period of time

from the date of this order until the new trial date of July 30, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 27th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE