UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0055-JCC |
| Plaintiff, | ORDER |
| v. | |
| IBRAHIM MOHAMMED ABDALA, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to modify the conditions of his release pending trial (Dkt. No. 18). Having thoroughly considered the parties' briefing and the relevant record, the Court GRANTS the motion. Defendant may attend nightly post-sundown evening prayer services with his family at the Islamic Center in Redmond throughout Ramadan and may celebrate Eid with his family away from his residence on the final evening of Ramadan.

DATED this 8th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE