The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-055JCC |
| Plaintiff, | |
| v. | [PROPOSED] |
| IBRAHIM MOHAMMED ABDALA, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the Unties States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant Ibrahim Mohammed Abdala's interest in the following:

1. A sum of money in the amount of $48,805.15 representing the gross proceeds the Defendant obtained as a result of the offenses, as well as the amount of the Defendant's restitution obligation.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, FINDS:

- The above-identified sum of money is forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A), as it constitutes, or is derived from, proceeds that Defendant obtained, directly or indirectly, as the result of the offenses charged in Counts 1 and 2 of the Indictment.

- Defendant agreed, pursuant to the plea agreement he entered on July 18, 2018, to forfeit the above identified sum of money pursuant to 18 U.S.C. § 982(a)(2)(A) so that it could be applied to pay restitution. (Dkt. No. 26 ¶ 15).
- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money representing proceeds obtained as the result of a charged offense, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853, the Defendant's interest in a sum of money in the amount of $48,805.15 is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in the above-described sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will become final as to the Defendant at the time the defendant is sentenced, will be made part of the sentence, and will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the judgment for the above-described sum of money in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed $48,805.15; and

5) This Court will retain jurisdiction in this case for the purpose of enforcing and amending this Order, as necessary.

//
//
//
//

1 | The Clerk of Court is directed to serve a copy of this Order of Forfeiture on all
2 | parties of record.

4 | DATED this 16 day of Oct, 2018.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

15 | Presented By:

17 | *s/Matthew H. Thomas*
MATTHEW H. THOMAS
18 | Assistant United States Attorney
**United States Attorney's Office**
19 | 1201 Pacific Avenue, Suite 700
20 | Tacoma, Washington 98402
Telephone: (253) 428-3809
21 | Fax: (253) 428-3826
22 | E-Mail: Matthew.H.Thomas@usdoj.gov