UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0055-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| IBRAHIM MOHAMMED ABDALA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant was sentenced by this Court on October 16, 2018. (Dkt. No. 40.) The issue of restitution is yet to be determined and the matter is hereby REFERRED to the Honorable Mary Alice Theiler. The Clerk is DIRECTED to provide a copy of this order to Judge Theiler.

DATED this 17th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk